DeArmond v. State of Indiana.

[No. 24,324.   Filed April 1, 1925.]

INTOXICATING LIQUORS.—*Affidavit charging, possession alone does not state an offense.*—An affidavit charging the possession of intoxicating liquor does not state an offense, and a motion to quash. should be sustained.

From Fayette Circuit Court; *E. Ralph Himelick,* Judge.

Marshall DeArmond was convicted of possessing intoxicating liquor, and he appeals.   *Reversed.*

*Donald L. Smith,* for appellant.

*U. S. Lesh,* Attorney-General, and *Mrs. Edward Franklin White,* Deputy Attorney-General, for the State.

PER CURIAM.—The affidavit on which appellant was prosecuted charged that on October 23, 1922, at Fayette county, Indiana, he had in his possession three gallons of white mule whisky, which was alleged to be intoxicating liquor.   The motion to quash the affidavit should have been sustained.   *Powell* v. *State* (1923), 193 Ind. 258, 139 N. E. 670.

The judgment is reversed, with directions to quash the affidavit.